**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PEDRO TIXI ROMERO, | : | Civil No. 1:26-CV-01296 |
| Petitioner, | : | |
| v. | : | |
| ATTORNEY GENERAL OF THE UNITED STATES, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 11th day of September, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) Petitioner's motion to enforce, Doc. 13, is **DENIED**.

2) Judgement is entered in favor of Petitioner and the Clerk of Court shall close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania